Loan #:

Bk 8487 Pg340 #17382
09-10-2012 @ 12:38p

# ASSIGNMENT OF MORTGAGE

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., ITS SUCCESSORS AND ASSIGNS PO BOX 2026, FLINT, MI, 48501 by these presents does convey, grant, sell, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-ACC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-ACC1, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 01/31/2006, made by LOURDES S. JACOB AND ABRAHAM B. JACOB to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC and recorded on 01/31/2006 in Volume 6659, Page 330, in the office of the Recorder of ANDROSCOGGIN County, Maine. Re-Record: BK/PG 6669/138 INST 3289 RE-REC DT 02/14/2006. RE-RECORD TO ADD BORROWER'S INITIALS..

IN WITNESS WHEREOF, this assignment was executed on 08/27/2012 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., ITS SUCCESSORS AND ASSIGNS

By: _____
Shesita A Kose
ASST. SECRETARY

STATE OF LOUISIANA   PARISH OF OUACHITA
On 08/27/2012 (MM/DD/YYYY), before me appeared Shesita A Kose, to me personally known, who did say that he/she/they is/are the ASST. SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., ITS SUCCESSORS AND ASSIGNS and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

_____
Eva Reese
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

Instrument Prepared By/Return To: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683
(800)346-9152
JPCAS      @ CHASE      MIN 100176106011359719 MERS PHONE 1-888-679-6377
IC1 FRMME1

ANDROSCOGGIN COUNTY
Tina R Chaunard
REGISTER OF DEEDS


EXHIBIT E